**Wilsonis AYALA–VILLANUEVA, aka Wilsonis Villanueva, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–70110.

United States Court of Appeals, Ninth Circuit.

Submitted June 11, 2009.*

Submission deferred March 24, 2010.

Filed Nov. 22, 2011.

Leon Rosen, Esquire, Law Office of Leon Rosen, Las Vegas, NV, for Petitioner.

Quynh Vu Bain, Esquire, OIL, Richard Zanfardino, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Homeland Security, San Francisco, CA, for Respondent.

Before: HUG, B. FLETCHER, and HAWKINS, Circuit Judges.

### ORDER **

Respondent has filed an unopposed motion to dismiss. We grant that motion. The Petition for Review is DISMISSED.

DISMISSED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

